IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL LEE,

                Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

ORDER

13-cv-869-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

On remand, plaintiff Michael Lee will be provided the opportunity to testify, present arguments and submit additional evidence. The administrative law judge will update the medical record concerning plaintiff's condition; consider and weigh all of the medical opinions of record; evaluate the credibility of plaintiff's disability allegations; assess plaintiff's residual functional capacity; if necessary, obtain vocational expert testimony; and issue a new decision.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further

action as outlined above.

    Entered this 25th day of July, 2014.

                                                                BY THE COURT:
/s/
BARBARA B. CRABB
District Judge