IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL H. LEE,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-869-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Michael H. Lee attorney fees and costs in the total amount of $3,900.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ R.Plender, Deputy Clerk | 10/29/2014 |
| Peter Oppeneer, Clerk of Court | Date |